# IN THE SUPREME COURT OF THE STATE OF NEVADA

WESLIE HOSEA MARTIN,
                        Appellant,
vs.
THE STATE OF NEVADA,
                        Respondent.

No. 77419

FILED

DEC 1 2 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
       DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a pretrial petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Michael Villani, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, no appeal lies from an order denying a pretrial petition for a writ of habeas corpus. *See Gary v. Sheriff*, 96 Nev. 78, 605 P.2d 212 (1980) (order denying pretrial habeas relief is an intermediate order that may be challenged in a timely appeal from the judgment of conviction); *see also Sheriff v. Gillock*, 112 Nev. 213, 912 P.2d 274 (1996) (only the state may appeal from a district court order granting in part and denying in part a pretrial petition for a writ of habeas corpus). The right to appeal is statutory; where no statute or court rule provides for an appeal, no right to appeal exists. *See Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Cherry

_____, J.
Parraguirre

_____, J.
Stiglich

18-908201

cc:     Hon. Michael Villani, District Judge
        Weslie Hosea Martin
        Attorney General/Carson City
        Clark County District Attorney
        Eighth District Court Clerk
        Clark County Public Defender

SUPREME COURT
OF
NEVADA

(O) 1947A